IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ELIZABETH DIAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 21-01071-KHV |
| **DENIS McDONOUGH,** ) | |
| **Secretary, Department of Veteran Affairs,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion For Leave To File Exhibits Conventionally (Doc. #83) filed September 7, 2022. For the reasons set forth below, the Court overrules the motion.

Plaintiff seeks to file five exhibits conventionally, but plaintiff has already electronically filed three of these exhibits, 9, 19 and 20. See Unopposed Response Of Defendant To Plaintiff's Motion For Leave To File Exhibits Conventionally (Doc. #84) filed September 15, 2022 at 1–2; see also Dial Depo. Ex. 11 (Doc. #81-11) filed September 6, 2022; Duda Depos. Ex. 2 And 3 (Doc. #81-9) filed September 6, 2022. The Court therefore overrules as moot plaintiff's motion for leave to file, exhibits 9, 19 and 20 conventionally.

Plaintiff also seeks to file exhibits 1 and 2 conventionally. Local Rule 5.4.5(a) states that parties should file all documents electronically, not conventionally, unless the Administrative Procedures Guide or the court permits conventional filing. See Administrative Proc. for Filing, Signing, and Verifying Pleadings & Papers by Electronic Means in Civil Cases, § IV(B) (conventional filing only permitted if exhibit "exceed[s] a total of 50 megabytes"). Plaintiff has not explained why she cannot file these exhibits—which are merely deposition transcripts—

electronically.  The Court therefore overrules plaintiff's motion for leave to file exhibits 1 and 2 conventionally.  On or before November 1, 2022, plaintiff may file these exhibits electronically.

**IT IS THERFORE ORDERED** that Plaintiff's Motion For Leave To File Exhibits Conventionally (Doc. #83) filed September 7, 2022 is **OVERRULED**.

Dated this 25th day of October, 2022 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
