## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ELIZABETH DIAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-01071-KHV-ADM |
| | ) | |
| DENIS McDONOUGH, | ) | |
| Secretary, | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

### PROPOSED SEALED RECORD

COMES NOW Intervenor, DaShaun McCray, and hereby submitted the below Proposed Sealed Record Pursuant to Local Rule 5.4.2:

1.     Doc. 184 is a Sealed Exhibit.

2.     It is Exhibit 2 to Intervenor's Reply to Response to Intervenor's Motion to Modify the Protective Order which was filed on June 20, 2023. [Doc. 182].

3.     Intervenor wishes to keep the entirety of Exhibit 2 under seal.

4.     There is information on Exhibit 2 that has been designated as confidential by the Defendant and by the Plaintiff pursuant to the Protective Order in this case.

5.     A copy of the exhibit has been provided to counsel for the Defendant.

Respectfully submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

/s/ Daniel A. Thomas
Daniel A. Thomas                    #21377
221 W. Lexington, Suite 400
Independence, Missouri 64050
Telephone:     (816) 836-5050
dat@hfmlegal.com

and


REBECCA M. RANDLES    KS #16832
**RANDLES MATA, LLC**
851 NW 45th Street, Suite 310
Kansas City, Missouri 64116
(816) 931-9901
rebecca@randlesmatalaw.com

**ATTORNEYS FOR PROPOSED INTERVENOR**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of June, 2023, a true and correct copy of this pleading

was served via email upon the following counsel of record:

Michelle A. Jacobs
Russell J. Keller
Assistant United States Attorney
United States Attorney's Office
444 SE Quincy, Suite 290
Topeka, KS 66683
Telephone: (785) 295-2850
785-295-7676 (Direct)
Fax: (785) 295-2853
Email: michelle.jacobs@usdoj.gov
Email: Russell.keller@usdoj.gov
**ATTORNEYS FOR DEFENDANT**

*/s/ Daniel A. Thomas*
Attorney for Plaintiff