# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ELIZABETH DIAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 21-1071-KHV |
| DEPARTMENT OF VETERANS AFFAIRS, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On July 12, 2023 all outstanding issues were resolved in this matter, see Memorandum and Order (Doc. #189).

**IT IS THEREFORE ORDERED** that the Clerk close this case.

**IT IS SO ORDERED.**

Dated this 24 day of August, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge